ORIGINAL

PS 42
(Rev 07/93)

# United States District Court

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MAR 20 2014

SEAN F. McAVOY, CLERK
_____ DEPUTY
YAKIMA, WASHINGTON

United States of America    )
                            )
vs                          )
                            )
Eric Charles Kilthau        )    Case No. 2:13CR02092-38

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, Eric Charles Kilthau, have discussed with Stephen Krous, Pretrial Services/Probation Officer, modification of my release as follows:

18. Defendant shall submit to a substance abuse evaluation and undergo any recommended treatment as directed by the U.S. Probation/Pretrial Services Office.

19. Defendant shall submit to random urinalysis testing as directed by the U.S. Probation/Pretrial Services Office.

All other conditions of release previously ordered remain in full effect.

I consent to this modification of my release conditions and agree to abide by this modification.

_____  3/18/14    _____  19/Mar.14
Signature of Defendant       Date        Pretrial Services/Probation Officer    Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____  3/18/14
Signature of Defense Counsel    Date

[X]    The above modification of conditions of release is ordered, to be effective on 3/20/14

[ ]    The above modification of conditions of release is not ordered.

_____  3/20/14
Signature of Judicial Officer    Date

3