PROB 12C
(7/93)

Report Date:  June 15, 2016

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JUN 15 2016

SEAN F. McAVOY, CLERK
_____ DEPUTY
YAKIMA, WASHINGTON

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Eric Charles Kilthau          Case Number: 0980 2:13CR02092-LRS-38

Address of Offender: ██████████ Zillah, Washington  98953

Name of Sentencing Judicial Officer:  The Honorable Lonny R. Suko, Senior U.S. District Judge

Date of Original Sentence: April 24, 2014

Original Offense:      Theft from Gaming Establishment Less than $1,000, 18 U.S.C. § 1167(a)

Original Sentence:     Probation - 3 years          Type of Supervision: Probation

Asst. U.S. Attorney:   Thomas J. Hanlon          Date Supervision Commenced: April 24, 2014

Defense Attorney:      Ben Hernandez          Date Supervision Expires: April 23, 2017

## PETITIONING THE COURT

**To incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on April 28, 2016.**

The probation officer believes that the offender has violated the following condition of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 4 | **Mandatory Condition # 2**: The offender shall not commit another federal, state, or local crime. |

**Supporting Evidence**: On June 5, 2016, Mr. Kilthau was arrested and charged with the following crimes: obstructing justice, Revised Code of Washington (RCW) 9A.76.020; possession of drug paraphernalia, RCW 69.50.412 (1); and possession of a controlled substance, RCW 69.50.4013 (1).  The following information was taken from a Zillah Police report for incident number 16Z0567.

A Zillah police officer observed the offender on the 100 block of Seventh Street in Zillah. The officer was aware Mr. Kilthau had multiple warrants for his arrest.  When the officer called the offender by name, the offender ran away from the officer and attempted to gain access into an apartment that does not belong to the offender.

Prob12C
**Re: Kilthau, Eric Charles**
**June 15, 2016**
**Page 2**

The officer eventually placed the offender into custody.  After the offender was in custody, the officer conducted a search of the offender.  During the search, the officer located a glass pipe with white residue in it, and small plastic baggy with crystal-like rocks inside it.  Once the offender was placed in a holding cell at the Zillah Police Department, an officer tested the contents of the small plastic bag located on the offender.  The contents tested positive for methamphetamine.  The offender was very argumentative with officers and made statements about suing the officers for arresting him.

Bail was set at $5,000 for the new charges and his next court date is schedule for June 20, 2016.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  June 15, 2016

s/Phil Casey

Phil Casey
U.S. Probation Officer

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Offender to appear before the Judge assigned to the case.
[ ]  Offender to appear before the Magistrate Judge.
[ ]  Other

Signature of Judicial Officer

6/15/16
Date